# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-1717

_____

STEVEN W. HAUN,

Appellant,

v.

DEPARTMENT OF CORRECTIONS,

Appellee.

_____

On appeal from the Circuit Court for Leon County.
Karen A. Gievers, Judge.

June 11, 2019

PER CURIAM.

AFFIRMED.

WETHERELL, OSTERHAUS, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Steven W. Haun, pro se, Appellant.

Ashley Moody, Attorney General, and Leslie A. Healer, Assistant Attorney General, Tallahassee, for Appellee.